IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM GENE EATON,** | : | |
| Plaintiff | : | CIVIL NO. 3:CV-15-1932 |
| v. | : | (Judge Caputo) |
| **UNITED STATES of AMERICA** | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this **7th** day of **AUGUST, 2017**, upon consideration of Defendants' to Dismiss or, in the alternative, Motion for Summary Judgment (ECF No. 25) it is **ORDERED** that:

1. Defendants' motion for summary judgment (ECF No. 25) is **GRANTED.**

2. Mr. Eaton's Complaint shall be **DISMISSED without prejudice** due to his failure to properly exhaust his administrative tort claim remedies prior to initiating this action.

3. The Clerk of Court shall **CLOSE** this file.

                                                        **/s/ A. Richard Caputo**
                                                        **A. RICHARD CAPUTO**
                                                        **United States District Judge**